**ORIGINAL**

$50 FEE PAID
# 1189534
FEE NOT PAID

FILED _____ ENTERED
LODGED _____ RECEIVED

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MARYLAND

NOV 0 1 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

BURNS INTERNATIONAL STAFFING　*
SERVICES
　　　　　　　Plaintiff　　　*

vs.　　　　　　　　　　　*　　CIVIL ACTION NO. MJG-02-1098

MICHEL DISTRIBUTION SERVICES,　*
BUILDING SERVICES, INC.　　*
　　　　　　　Defendant
*　　　*　　　*　　　*　　　*　　　*　　　*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, _____Gerard F. Miles, Esquire_____, am a member in good standing of the

bar of this court. My bar number is ____107____. I am moving the

admission of _____Mark M. Bridge, Esquire_____ to appear *pro hac*

*vice* in the case as counsel for  Plaintiff, Burns International Staffing Services          .

　　　We certify that:

1.　　The proposed admittee is a member in good standing of the bars of the following
State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New Jersey | 1978 |
| Pennsylvania | 1980 |
| U.S. District Court, District of NJ | 1978 |
| U.S.D.C., Eastern District of PA | 1980 |
| U.S.C.A., Third Circuit | 1981 |

2.　　During the twelve months immediately preceding this motion, the proposed
admittee has been admitted *pro hac vice* in this Court __0__ times.

3.　　The proposed admittee has never been disbarred, suspended or denied admission to
practice law in any jurisdiction. (NOTE : If the proposed admittee has been disbarred,
suspended or denied admission to practice law in any jurisdiction, then he/she must submit
a statement fully explaining all relevant facts.)

U.S. District Court (rev 11/29/2001) - Pro Hac Vice

Page 1 of 2

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the local Rules of this Court and understands he/she will be subject to the disciplinary jurisdiction of this Court.

5.      The Proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      The $50.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____ |
| Signature | Signature |
| | |
| _____Gerard F. Miles_____ | _____Mark M. Bridge_____ |
| Printed Name | Printed name |
| | |
| _____Huesman Jones and Miles_____ | _____Mark M. Bridge, Esquire, P.C._____ |
| Firm | Firm |
| | |
| 102 W. Pennsylvania Ave., Towson, MD, 21204 | 101 E. Lancaster Ave., #304, Wayne, PA, 19087 |
| Address | Address |
| | |
| _____(410) 296-1189_____ | _____(610) 902-0150_____ |
| Telephone Number | Telephone Number |
| | |
| _____(410) 583-7687_____ | _____(610) 902-0152_____ |
| Fax Number | Fax Number |

*****************************************************************************

## ORDER

☑ GRANTED                    ☐   DENIED

_____11/4/02_____          _____Felicia C. Cannon_____
Date

U.S. District Court (rev 11/29/2001) - Pro Hac Vice

**Clerk, United States District Court**

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on this 30th day of October, 2002, a copy of the foregonig Motion for Admission *Pro Hac Vice* was mailed, postage prepaid, to:

Thomas J. Dolina, Esquire
Louis E. Grenzer, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Avenue
Towson, Maryland 21204

                                                  GERARD F. MILES