May 12, 2003

The Honorable Paul W. Grimm
United States District Court
for the District Court of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Burns International Staffing Services v. Michel Distribution Services, Inc.*
            Case No. MJG-2-CV-1098

Dear Judge Grimm:

      As you are aware, I represent Michel Distribution.

      Michel Distribution has filed a Chapter 11 proceeding. That Chapter proceeding was filed on May 2, 2003 at approximately 6:02 a.m.

      I have advised counsel that a suggestion of bankruptcy will be filed in the case, as well as others. Michel Distribution's reorganization counsel is Joel I. Sher.

      Thank you for your attention to this matter.

                              Very truly yours,

                              Thomas J. Dolina

TJD:bnm
cc:     Mark Bridge, Esquire
         Gerald F. Miles, Esquire

F:\bndsh\clients\michel.tjd\burns\grimm.2.wpd