# Mark M. Bridge, Esquire, PC

**101 East Lancaster Avenue, Suite 304**
**Wayne, Pennsylvania 19087**
Telephone (610) 902-0150
Facsimile  (610) 902-0152

**40 Newton Avenue**
**Woodbury, New Jersey 08096**
Telephone (856) 251-1500
Facsimile  (856) 251-1574

E-mail: mbridge.bridgelaw@verizon.net
Toll Free: (888) 281-9512

---

November 1, 2006

Hon. Paul W. Grimm
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

**Re:**   **Burns International Staffing Services v. Michel Distribution Services, Inc.**
          **USDC, DMd; Civil Action No.: MJG-02-1098 (Judge Garbis)**

Dear Judge Grimm:

Please be advised that together with our local counsel, Gerard F. Miles, Esquire, I served as principal counsel admitted ***pro hac vice*** for plaintiff in the above-captioned matter. In connection with the Court's request for a status on whether the case is "stayed" under the Bankruptcy filing, please be advised that the debtor filed under Chapter 11. While the debtor has not file its plan, the debtor's business is winding down pursuant to a May 26, 2006 Order, including liquidating assets, rejecting contracts and leases. Also, the Order allows the debtor to release all claims against unsecured debt, including our client's debt.

We are confident that the Chapter 11 will complete the Chapter 11 in the near future. Therefore, our client agrees with the termination of the instant litigation.

Kindly contact the undersigned should you have any questions concerning the foregoing.

Very truly yours,

*/s/ Mark M. Bridge, Esq.*
Mark M. Bridge
cc:
Clients

Gerard F. Miles, Esquire
Huesman Jones & Miles
102 West Pennsylvania Avenue, Suite 201
Towson, MD 21204

Mark M. Bridge, Esquire  Page 2


Thomas J. Dolina, Esquire
Louis E. Grenzer, Jr., Esquire
Bodie Nagle Dolina Smithe & Hobbs, PA
21 Susquehanna Avenue
Towson, MD 21204