THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

BURNS INTERNATIONAL STAFFING   *
SERVICES, INC.
              Plaintiff            *
vs.
                                   *     CIVIL ACTION NO. 1:02 CV 1098
MICHEL DISTRIBUTION SERVICES,
BUILDING SERVICES, INC.          *
              Defendant
*     *     *     *     *     *     *

## STIPULATION OF DISMISSAL

      The parties agree that the continuation of the litigation would be fruitless due to the pending bankruptcy by the Defendant, and therefore, the parties agree to Dismiss the litigation, with prejudice, and without costs.

_____     Dated:     November 3, 2006
Mark M. Bridge, Esq.
Mark M. Bridge, Esq., PC
101 East Lancaster Ave., Suite 304
Wayne, PA 19087
Telephone:     (610) 902-0150
Facsimile:     (610) 902-0152
E-Mail Address:     mbridge.bridgelaw@verizon.net
COUNSEL FOR PLAINTIFF

_____     Dated:
Thomas J. Dolina, Esquire
Bodie Nagle Dolina Smith & Hobbs, PA
21 W. Susquehanna Avenue
Towson, MD 21204-5279
COUNSEL FOR DEFENDANT

SO ORDERED:

_____     Dated:
Hon. Paul W. Grimm